Bruce McFEE, Bankrupt, Appellant, v.
JOHN HANCOCK MUTUAL LIFE
INSURANCE COMPANY.

No. 10875.

Circuit Court of Appeals, Eighth Circuit.

Sept. 27, 1937.

R. Brown, of Creston, Iowa, for appellant.

Kenneth H. Davenport, of Creston, Iowa, and W. E. Mitchell, D. L. Ross, Folsom Everest, and Karl F. Geiser, all of Council Bluffs, Iowa, for appellee.

PER CURIAM.

Appeal dismissed without costs to either party in this court, pursuant to stipulation of parties that the decision in case of Cornelison v. Fitch, 8 Cir., 91 F.2d 5, is controlling.

John T. McGARRY, Appellant, v. The AMERICAN VALVE & METER COMPANY, a Corporation, and Wallace M. Gray, Appellees.

Nos. 7306, 7849.

Circuit Court of Appeals, Sixth Circuit.

Jan. 7, 1938.

Frank A. Whiteley, of Minneapolis, Minn., and Frank R. Gusweiler, of Cincinnati, Ohio, for appellant.

Kunkel & Kunkel and Allen & Allen, all of Cincinnati, Ohio, for appellees.

Before MOORMAN and HICKS, Circuit Judges, and SWINFORD, District Judge.

PER CURIAM.

The order appealed from in No. 7849 not being appealable, it is ordered that the appeal in this cause be dismissed; and, the court being of opinion that the evidence in cause No. 7306 does not clearly and convincingly show that the appellant was subjected to fraud, coercion, or duress

by the appellees in causing the assignment of the patents in suit, and being further of opinion that there was no loss or damage shown upon the appellant's second cause of action, it is ordered that the decree of the court in that cause be affirmed.

In the Matter of the Application of Bryant McQUILLEN and Samuel Gottlieb, Petitioners, for a Writ of Mandamus and for a Writ of Prohibition to be directed against the Hon. William C. COLEMAN, Judge of the United States District Court for the District of Maryland.*

No. 4245.

Circuit Court of Appeals, Fourth Circuit.

Sept. 28, 1937.

James Morfit Mullen and R. Contee Rose, both of Baltimore, Md., and Arthur Berenson, of Boston, Mass., for petitioner.

Wm. L. Marbury, Jr., and R. Dorsey Watkins, both of Baltimore, Md., opposed.

PER CURIAM.

Petition for mandamus and prohibition dismissed. Order filed.

Ludwig O. MUENCH, Nelle T. Muench, Helen Berroyer, and Wilfred Jones, Appellants, v. UNITED STATES of America.

No. 10822.

Circuit Court of Appeals, Eighth Circuit.

Oct. 5, 1937.

Roy Rucker, of Kansas City, Mo., Sam Wear, of Springfield, Mo., and Verne Lacy, of St. Louis, Mo., for appellants.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed as to Helen Berroyer, without costs to either party in this court, on motion of Helen Berroyer

*Writ of certiorari denied 58 S.Ct. 526, 82 L.Ed. —.